## Righter's Estate

Before Van Dusen, P. J., Stearne, Sinkler, Klein, Bolger, and Ladner, JJ.

*Witkin & Egan,* for exceptant.
*Frank F. Truscott,* contra.

SINKLER, J., December 20, 1940.—The exceptions re-late to the conclusion of the auditing judge that the phraseology of the codicil is precatory in character and lacks testamentary effect. No one of us entertains any doubt upon the correctness of his decision, and we all con-

sider that he has sufficiently expounded the grounds whereupon his determination rests.

The exceptions are dismissed and the adjudication is confirmed absolutely.